# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LYNN K.,

*Plaintiff*

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.  1:20-CV-03050-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 19, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 14, is now MOOT. The Commissioner's decision is REVERSED and this matter is REMANDED for further administrative proceedings. Judgment is entered for the Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROBERT H. WHALEY  on Stipulated Motion for Remand, ECF No. 19, and Motion for Summary Judgment, ECF No. 14.

Date:  3/9/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen